EXCELSIOR INSURANCE COMPANY OF NEW YORK, Respondent, *v.* STATE OF NEW YORK, Appellant.   (Claim No. 25112.)

LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY OF LIVER-POOL, ENGLAND, Respondent, *v.* STATE OF NEW YORK, Appellant. (Claim No. 25113.)

ANTHONY L. WATHLEY, Respondent, *v.* STATE OF NEW YORK, Appellant.   (Claim No. 25114.)

Argued January 10, 1946; reargument ordered March 7, 1946.

*Nathaniel L. Goldstein, Attorney-General* (*Orrin G. Judd, Wendell P. Brown, Edward L. Ryan* and *John R. Davison* of counsel), for appellant.
*John E. Mack* for respondents.

Reargument ordered.